UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

MARK ANTHONY INTERNATIONAL, SRL,            :
                                            :
                  Plaintiff,                :
                                            :        No. 21-cv-03683(LJL)
            -v.-                             :
                                            :        [PROPOSED] ORDER
VITAL PHARMACEUTICALS, INC. and BANG        :
ENERGY, LLC,                                :
                                            :
                  Defendants.               :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

     Upon consideration of Plaintiff's Motion to Dismiss and the arguments raised therein,

and the motion being unopposed, Plaintiff's Motion to Dismiss the Complaint without prejudice

is hereby **GRANTED** in its entirety for the reasons reflected in Plaintiff's motion.  Therefore,

this action is **DISMISSED WITHOUT PREJUDICE**, with all parties to bear their own costs.


**SO ORDERED**.

Dated: This ___5___ day of _____October_____, 2021.


                                              _____
                                              Lewis J. Liman
                                              United States District Judge