UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MARK ANTHONY INTERNATIONAL, SRL,

                      Plaintiff,

-against-

VITAL PHARMACEUTICALS, INC. and BANG
ENERGY, LLC,

                      Defendants.
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/6/2021

21 CIVIL 3683 (LJL)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated October 5, 2021, upon consideration of Plaintiff's Motion to Dismiss and the arguments raised therein, and the motion being unopposed, Plaintiff's Motion to Dismiss the Complaint without prejudice is hereby GRANTED in its entirety for the reasons reflected in Plaintiff's motion. Therefore, this action is DISMISSED WITHOUT PREJUDICE, with all parties to bear their own costs.

**Dated:** New York, New York

       October 6, 2021

                                                         **RUBY J. KRAJICK**

                                                              Clerk of Court

                                  BY:

                                                           **Deputy Clerk**